## DOBSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 129, September Term, 1965.]

*Decided June 30, 1966.*

Before the entire Court.

PER CURIAM.

This second application of Donald Dobson for leave to appeal from the order denying him post conviction relief from his imprisonment for several armed robberies is hereby denied for the reasons stated in the opinion filed by Judge Harlan in the lower court. Other applications for leave to appeal were denied in *Dobson v. Warden,* 214 Md. 654, *cert.den.* 355 U. S. 966, a *habeas corpus* proceeding, and in *Dobson v. Warden,* 220 Md. 689, *cert. den.* 362 U. S. 954, the first post conviction proceeding. See also *Dobson v. Warden,* 188 F.Supp. 599, *appl. dis.* 284 F. 2d 878, *cert. den.* 366 U. S. 969.

*Application denied.*